UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Lennox A. Halstead
+ Mary Valerie Myers-Halstead
Debtor(s)

-----------------------------------------------------------x

Return Date: _____

Case No. 19-47178-nhl

Chapter 7

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that a hearing will be held before the Hon. <u>Judge Lord</u> United States Bankruptcy Judge, to consider the motion for an Order granting relief as follows:

To Reopen Case to Determin Bankacy Conneco Life is Trying to collect a Discharse Debt, also to waus the Reopening fee

Date of hearing*: 8/14/24

Time: 2pm

**\*Hearing to be held by telephone or video.**

For call-in information, you must first register your appearance with eCourt Appearances at *https://www.nyeb.uscourts.gov/node/2126*

Dated: 7-8-2024

Signature: Mary V Myers
Print name: _____
Address: _____
Phone: 347-227-5096
Email: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: Lennox A Halskad
Mary Valerie Myers-Halskad
       Debtor(s)

Case No. 19-47178-nhl

Chapter 7
------------------------------------------------------------x

**APPLICATION IN SUPPORT OF MOTION**

**TO THE HON. <u>Judge Lord</u>, Bankruptcy Judge**

I, Mary Valerie Myers-Halskad, make this application in support of my motion for the following relief: Reopen To Dertermin Discharge

In support of this motion, I hereby allege as follows:
I Included them in my Bankrup. Still Trying collect the Debt. — cy

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 7-8-24,

Mary V Myers
Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

Lennox A Halstead
Mary Valerie Myers-Halstead
Debtor(s)

Case No. 19-47178-nhl

Chapter 7
----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on __7/8/24__, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

*U.S. Trustee and Trustee served by ECF.*

Bankers Conseco Life
PO Box 1918
Carmel, IN 46082

Bankers Conseco Life
PO Box 371854
Pittsburgh, PA
15250-7854

Dated: __7/8/24__

__Mary V Myers__
Signature